| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Stone Masters Inc** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | FDBA Chim Himney Fireplace Pool & Spa/Seasonally Living |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 91-1893730 |
| 4. | **Debtor's address** | **Principal place of business**<br>1407 Maiden Lane St.<br>Wenatchee, WA 98801-1000<br>Number, Street, City, State & ZIP Code<br><br>**Chelan**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **Stone Masters Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | | Relationship | |
| District | | When | Case number, if known | |

### 11. Why is the case filed in *this district?*

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated Assets

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 3

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  1, 2024**
                       MM / DD / YYYY

**X** **/s/ Cam McNeil**                                              **Cam McNeil**
Signature of authorized representative of debtor       Printed name

Title

**18. Signature of attorney**

**X** **/s/ Metiner G. Kimel**                                         Date **June  1, 2024**
Signature of attorney for debtor                                    MM / DD / YYYY

**Metiner G. Kimel**
Printed name

**Kimel Law Offices**
Firm name

**205 N. 40th Ave., Suite 205**
**Yakima, WA 98908**
Number, Street, City, State & ZIP Code

Contact phone **(509) 452-1115**       Email address **mkimel@mkimellaw.com**

**21280 WA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Stone Masters Inc**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WASHINGTON**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One<br>PO Box 390846<br>Minneapolis, MN 55439 | | | | | | $50,271.79 |
| Care Craft<br>880 Carlsbad Village Dr. Ste 200<br>Carlsbad, CA 92008 | | Goods/products and/or services rendered | Contingent<br>Unliquidated<br>Disputed | | | $6,165.77 |
| Cascade Concrete<br>PO Box 387<br>Winthrop, WA 98862 | | Goods/products and/or services rendered | | | | $11,999.67 |
| Cover Care<br>9218 Roosevelt Way NE<br>Seattle, WA 98115 | | | Disputed | | | $18,619.34 |
| Dept of Labor & Industries<br>PO Box 24106<br>Seattle, WA 98124 | | based on 2023 audit/currently on appeal | Contingent<br>Unliquidated<br>Disputed | | | $50,000.00 |
| Dept Of Revenue<br>3315 S 23rd St, Ste 300<br>Tacoma, WA 98405 | | Taxes and/or other over payments owed | | | | $33,269.68 |
| Employment Security Department Office of Special Investigations<br>PO Box 9046<br>Olympia, WA 98507 | | | Contingent<br>Unliquidated<br>Disputed | | | $7,719.41 |
| FNB Omaha<br>PO Box 2819<br>Omaha, NE 68197 | | credit card | | | | $4,126.95 |
| Hearthstone<br>PO Box 456<br>Media, PA 19063 | | Collection account | Disputed | | | $9,672.34 |

Debtor **Stone Masters Inc**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ingold Law**<br>5555 Main St<br>Buffalo, NY 14221 | | Collection attorney collecting for Solenis-collection | | | | $15,607.82 |
| **IRS Centralized Insolvency**<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | Taxes and/or other over payments owed | | | | $30,000.00 |
| **Jacobsen, Jill & Scott**<br>22 Frontage Rd<br>Pateros, WA 98846 | | Refund | | | | $50,953.11 |
| **JP Morgan Chase**<br>500 Virginia Dr. Ste 514<br>Fort Washington, PA 19034-2733 | | crredit card | Disputed | | | $32,959.08 |
| **Kapitus LLC**<br>2500 Wilson Blvd, Stge 350<br>Arlington, VA 22201 | | global junior lien/ failed to file a financing statement with the State | Disputed | $76,100.00 | $0.00 | $76,100.00 |
| **Mark Kirkorsky Law Office**<br>1119 W Southern Ave, Ste 200<br>Mesa, AZ 85210 | | Collection attorney collecting for Pool Corp (SCP) | | | | $20,652.23 |
| **Myers, Mary Jane**<br>19673 Chiwawa Loop Rd<br>Leavenworth, WA 98826 | | | | | | $6,300.00 |
| **Napolean Fireplace - BBQ**<br>24 Napoleon Rd<br>Barrie, Ontario, CN | | need to separately mail | | | | $26,477.83 |
| **Stenhjem, Tracy**<br>7 Muligan LN<br>Pateros, WA 98846 | | | Unliquidated Disputed Subject to Setoff | | | $45,647.50 |
| **United Buyers Group**<br>PO Box 299<br>Baraboo, WI 53913 | | | | | | $4,958.00 |
| **Uplinger, Steve**<br>930 185th Ave NE<br>Snohomish, WA 98290 | | fireplace refund | | | | $7,524.41 |

Stone Masters Inc
1407 Maiden Lane St.
Wenatchee, WA 98801-1000


Metiner G. Kimel
Kimel Law Offices
205 N. 40th Ave., Suite 205
Yakima, WA 98908


Banner Bank Corporation
10 South First Ave
PO Box 907
Walla Walla, WA 99362-0265


Benjamin Kelley Law Office
9218 Roosevelt Way NE
Seattle, WA 98115


Bernard Dalsin Manufacturing
5205 208th St
Farmington, MN 55024


Blue Line
1605 E Mead
Yakima, WA 98903


Canned Heat
2810 Stoner Ct Ste 2
North Liberty, IA 52317


Capital One
PO Box 390846
Minneapolis, MN 55439


Care Craft
880 Carlsbad Village Dr. Ste 200
Carlsbad, CA 92008

Cascade Concrete
PO Box 387
Winthrop, WA 98862


Cover Care
9218 Roosevelt Way NE
Seattle, WA 98115


Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045


Credit Mediators
PO Box 456
Upper Darby, PA 19082


Dept of Labor & Industries
PO Box 24106
Seattle, WA 98124


Dept Of Revenue
3315 S 23rd St, Ste 300
Tacoma, WA 98405


Eggert, Tim & Darci
1213 Southeast Jean St
East Wenatchee, WA 98802


Employment Security Department
Office of Special Investigations
PO Box 9046
Olympia, WA 98507


FNB Omaha
PO Box 2819
Omaha, NE 68197

```
FNB Omaha
PO Box 2818
Omaha, NE 68197


Hearthstone
PO Box 456
Media, PA 19063


Ingold Law
5555 Main St
Buffalo, NY 14221


IRS Centralized Insolvency
PO Box 21126
Philadelphia, PA 19114-0326


Jacobs Heating & Air
PO Box 3432
Wenatchee, WA 98807-3432


Jacobsen, Jill & Scott
22 Frontage Rd
Pateros, WA 98846


JMK Legacy Holdings LLC
495 Balsamroot Ln
Cashmere, WA 98815


John P. Winbauer
415 E. Mountain View Ave., Ste 302
Ellensburg, WA 98926


JP Morgan Chase
500 Virginia Dr. Ste 514
Fort Washington, PA 19034-2733
```

Kapitus LLC
2500 Wilson Blvd, Stge 350
Arlington, VA 22201


Kerry Lease
123 Mountain Brook Lane
Wenatchee, WA 98801


Kubota Credit Corp USA
3401 Del Amo Blvd
Torrance, CA 90503


Mark Kirkorsky Law Office
1119 W Southern Ave, Ste 200
Mesa, AZ 85210


Myers, Mary Jane
19673 Chiwawa Loop Rd
Leavenworth, WA 98826


Napolean Fireplace - BBQ
24 Napoleon Rd
Barrie, Ontario, CN


Napolean Fireplace - Hearth
24 Napoleon Rd
Barrie, Ontario, CN


North Cascades Heating and Air
PO Box 709
Wenatchee, WA 98807


Olympic Credit Service
PO Box 3432
Ellensburg, WA 98926

Olympic Credit Service
421 N Pearl Ste 213
Ellensburg, WA 98926


Pool Corp c/o Kirkorsky Law Off.
1119 W Southern Ave, Ste. 200
Mesa, AZ 85210


Radius Global Solutions
PO Box 390846
Minneapolis, MN 55439


Rocky and Roxann Campbell
175 Chase Ave
Manson, WA 98831


Rodgers, Jennifer
1115 N Carpenter Rd
Snohomish, WA 98290


Small Business Administration
801 W. Riverside Dr., Ste.444
Spokane, WA 99201


Solenis- Collection
5555 Main ST.
Buffalo, NY 14221


Stenhjem, Tracy
7 Muligan LN
Pateros, WA 98846


Steve McGladrey
24 Golf Course Rd
Pateros, WA 98846

Steve Wilfong
417 Lower Sunnyslope
Wenatchee, WA 98801


Stoner, James and Shelby
14130 Sandy Hook Rd NE
Poulsbo, WA 98370


Telescope Casual Furniture
82 Church St
Granville, NY 12832


Toyota Commercial Finance
8951 Cypress Waters Blvd, Ste 3
Coppell, TX 75019-4793


Tracey Stenhjem
7 Mulligen Ln,
Pateros, WA 98846


Transworld Systems
500 Virginia Dr Ste 514
Fort Washington, PA 19034-2733


Transworld Systems
PO Box 15537
Wilmington, DE 19850


United Buyers Group
PO Box 299
Baraboo, WI 53913


Uplinger, Steve
930 185th Ave NE
Snohomish, WA 98290

WLF Logistics, Inc
981 Highway 7 East
Peterborough ON
K9J 6X7

# United States Bankruptcy Court
## Eastern District of Washington

In re  **Stone Masters Inc**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Stone Masters Inc**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  1, 2024**  
Date

**/s/ Metiner G. Kimel**  
**Metiner G. Kimel**  
Signature of Attorney or Litigant  
Counsel for  **Stone Masters Inc**  
**Kimel Law Offices**  
**205 N. 40th Ave., Suite 205**  
**Yakima, WA 98908**  
**(509) 452-1115 Fax:(509) 965-5860**  
**mkimel@mkimellaw.com**